NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-17-0000207**
**26-APR-2017**
**10:52 AM**

NO. CAAP-17-0000207

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

NORA UBALDO and ROGER UBALDO, Plaintiffs-Appellants,
v.
MAUI MEDICAL GROUP, INC., a domestic professional corporation;
FRANK HOLLISTER, PA-C; KEITH CHUMLEY, M.D., Defendants-Appellees,
and
JOHN DOES 1-5, et al., Defendants

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 14-1-0266(2))

ORDER GRANTING THE APRIL 21, 2017
MOTION TO DISMISS THE APPEAL WITH PREJUDICE
(By: Leonard, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon consideration of Plaintiffs-Appellants Nora Ubaldo and Roger Ubaldo's (Appellants) "Notice of Dismissal of Appeal," which the court construes as a motion to dismiss the appeal (Motion), the papers in support, and the record, it appears that (1) Appellants seek to dismiss the appeal with prejudice; (2) the record on appeal has not been filed; and (3) dismissal is authorized by Hawai'i Rules of Appellate Procedure Rule 42(a).

Therefore, IT IS HEREBY ORDERED that the Motion is granted and the appeal is dismissed with prejudice.

DATED: Honolulu, Hawaiʻi, April 26, 2017.

Presiding Judge

Associate Judge

Associate Judge